MITCHELL FEIN et al., Appellants, *v.* STARRETT TELEVISION CORPORATION et al., Respondents.

Argued May 28, 1953; decided July 14, 1953.

*Milton Paulson* for appellants.

*George Trosk* and *Nathan A. Markowitz* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.